IN THE UNITED STATES DISTRICT COURT OF
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.R., a minor, by and through his parents and natural guardians, Mr. R.R. and Ms. N.R., husband and wife, and Mr. R.R. and Ms. N.R., husband and wife, in their own right,<br><br>Plaintiffs,<br><br>vs.<br><br>GREATER LATROBE SCHOOL DISTRICT, a Pennsylvania Municipal Corporation, CARY JAMES LYDIC, an adult individual, DAVID F. GALANDO, an adult individual, R.S., a minor individual, and W.S., a minor individual,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 2:21-cv-1088 |

## UNOPPOSED MOTION TO PARTICIPATE IN ADR REMOTELY

1. The parties are scheduled to appear in Greensburg to conduct their ADR before Retired Judge Frank Caruso on February 6.

2. RS is currently out of state, enrolled at Kent State University.

3. RS respectfully moves the court, and the other parties do not oppose, that he be permitted to participate in February 6's ADR remotely.

WHEREFORE, Defendant respectfully prays that this motion is granted.

Respectfully Submitted,

STRASSBURGER McKENNA GUTNICK
& GEFSKY

By:   /s/ *Jordan Lee Strassburger*
      Jordan Lee Strassburger
      *Counsel for Defendant R.S.*

1

IN THE UNITED STATES DISTRICT COURT OF
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.R., a minor, by and through his parents and natural guardians, Mr. R.R. and Ms. N.R., husband and wife, and Mr. R.R. and Ms. N.R., husband and wife, in their own right,<br><br>  Plaintiffs,<br><br>  vs.<br><br>GREATER LATROBE SCHOOL DISTRICT, a Pennsylvania Municipal Corporation, CARY JAMES LYDIC, an adult individual, DAVID F. GALANDO, an adult individual, R.S., a minor individual, and W.S., a minor individual,<br><br>  Defendants. | CIVIL ACTION<br><br>Case No.: 2:21-cv-1088 |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that Defendant R.S.'s motion is hereby GRANTED.  R.S. shall not be required to appear in-person at February 6's ADR, and shall be available by telephone and/or computer.

BY THE COURT:

_____
Robert Colville United Stated District Judge