IN THE UNITED STATES DISTRICT COURT OF
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.R., a minor, by and through his parents and natural guardians, Mr. R.R. and Ms. N.R., husband and wife, and Mr. R.R. and Ms. N.R., husband and wife, in their own right,<br><br>Plaintiffs,<br><br>vs.<br><br>GREATER LATROBE SCHOOL DISTRICT, a Pennsylvania Municipal Corporation, CARY JAMES LYDIC, an adult individual, DAVID F. GALANDO, an adult individual, R.S., a minor individual, and W.S., a minor individual,<br><br>Defendants. | CIVIL ACTION<br><br>Case No.: 2:21-cv-1088 |

## ORDER OF COURT

AND NOW, this __23rd__ day of __January__, 2024, it is hereby ORDERED that Defendant R.S.'s motion is hereby GRANTED. R.S. shall not be required to appear in-person at February 6's ADR, and shall be available by telephone and/or computer.

BY THE COURT:

*s/Robert J. Colville*
_____
Robert Colville United Stated District Judge